Dismissed and Memorandum Opinion filed March 25, 2004









Dismissed and Memorandum Opinion filed March 25, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01448-CV

____________

 

APPROXIMATELY $1,387.00,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the 129th District
Court

Harris County, Texas

Trial Court Cause No.
03-26798

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed December 16,
2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On February 25, 2004, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








On March 15, 2004, appellant filed a motion for a free
record.  Appellant=s request does not contain an
affidavit with the information required under Rule 20.1(a)-(b) and is untimely
under Rule 20.1(c)(1).  Accordingly, we
deny the motion.

The appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 25, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.